

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JOHN SCHEMITSCH**
*Senior Counsel*
Tel.: (212) 356-3539
jschemit@law.nyc.gov

MEMO ENDORSED

September 10, 2025

**BY ECF**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Stret
New York, New York 11201

OK

/s/ Colleen McMahon
9/12/2025

Re: <u>Antoine Gee v. City of New York, et al.</u>, 24-cv-1300 (CM) (RFT)

Your Honor:

    I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York in the above referenced matter. Defendant writes to respectfully request a one week extension of time to file its summary judgment motion in this matter from September 10, 2025 to September 17, 2025. I apologize for the delay in filing this request, which is necessary as I miscalendared the deadline for the summary judgment motion. Plaintiff consents to this request, which is the first of its kind.

    Thank you for your consideration herein,

Respectfully submitted,

/s/ *John Schemitsch*

John Schemitsch
*Senior Counsel*

cc: **By ECF**
    *All attorneys of record*

1