# DANNY GRACE PLLC

### ATTORNEYS AND COUNSELORS AT LAW

Writer's email: douglas@dannygracepc.com
Writer Admitted in: New York; United States District Court: Southern, Eastern and Northern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
212.202.2485
718.732.2821 FAX

*[Stamp: ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 9/18/25]*

*[Memo Endorsed]*

**VIA ECF**

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*[Signature: Colleen M. McMahon, 9/18/25]*

Re: *Antoine Gee v. City of New York* 24-cv-1300 (CM/RFT)

Dear Judge McMahon:

This firm represents the Plaintiff in the above-referenced matter.

On September 17, 2025, Defendant filed its Motion for Summary Judgment (ECF# 37-39). I write, with the consent of Defendant's counsel, to request a 60-day extension, to November 16, 2026, of Plaintiff's time to respond to Defendant's motion. Plaintiff's opposition is currently due on October 1, 2026. This is Plaintiff's first request for such an extension. This extension will not affect any other scheduled dates.

Thank you for your consideration of this matter.

Dated:   September 18, 2025

Sincerely,

*Douglas Mace*

Douglas Mace, Esq.
Danny Grace PLLC
225 Broadway, Suite 1200
New York, NY 10007
(212) 202-2485

cc:   *via ECF*

John Schemitsch
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church St, Room 3-222
New York, NY 10007
(212) 356-3539