UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINE GEE,

Plaintiff,

-against-

THE CITY OF NEW YORK, AND JOHN DOE 1-5.,

Defendant.

24 CIVIL 1300 (CM)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 8, 2026, the Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
July 9, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**